IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERRANCE HOLLIDAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:23-CV-02465 |
| BELLFORT PARTNERS, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, TERRANCE HOLLIDAY and Defendant, BELLFORT PARTNERS, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 27th day of November, 2023.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

*Attorney for Plaintiff*

*/s/  C. Henry Kollenberg*
C. Henry Kollenberg, Esq.
Texas Bar No. 11667800
Crain Caton & James
1401 McKinney Street Suite 1700
Houston, TX  77010
Tel:  713-658-2323
Email:  HKollenberg@craincaton.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of November, 2023, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479